IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 09-10246

2:08-CV-232

DARREL REECE HUNTER,

  Plaintiff - Appellant

versus

UNITED STATES SUPREME COURT; BARACK OBAMA; JOHN MCCAIN; DEMOCRATIC NATIONAL COMMITTEE; REPUBLICAN NATIONAL COMMITTEE; UNITED STATES CONGRESS, House; UNITED STATES CONGRESS, Senate; UNITED STATES ELECTORAL COLLEGE, All 50 U.S. States, District of Columbia; FEDERAL ELECTION COMMITTEE; GEORGE H W BUSH,

  Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Amarillo

CLERK'S OFFICE:

  Under 5th Cir. R.42.3, the appeal is dismissed as of June 16, 2009, for want of prosecution. The appellant failed to timely file brief and record excerpts.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 3 2009
CLERK, U.S. DISTRICT COURT
By _____
Deputy

United States Court of Appeals
Fifth Circuit
FILED
June 16, 2009
Charles R. Fulbruge III
Clerk

       Clerk of the United States Court
       of Appeals for the Fifth Circuit

       By: _____
       Renee S. McDonough, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
16 JUN 2009