10-10009

Activity in Case 2:08-cv-00232-J Hunter v. U.S. Supreme Court et al Notice of Appeal
ecf_txnd
to:
Courtmail
12/31/2009 04:50 PM
Show Details

Amarillo

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

If you need to know whether you must send the presiding judge a paper copy of a document that you have docketed in this case, click here: Judges' Copy Requirements

**U.S. District Court**

**Northern District of Texas**

U.S. COURT OF APPEALS
RECEIVED
DEC 31 2009
NEW ORLEANS, LA

### Notice of Electronic Filing

The following transaction was entered on 12/31/2009 at 4:50 PM CST and filed on 12/31/2009
**Case Name:**    Hunter v. U.S. Supreme Court et al
**Case Number:**  2:08-cv-232
**Filer:**        Darrel Reece Hunter
**WARNING: CASE CLOSED on 01/16/2009**
**Document Number:** 21

RECEIVED
JAN 11 2010
1:15pm
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**Docket Text:**
NOTICE OF APPEAL to the Fifth Circuit as to [14] Judgment, by Darrel Reece Hunter. Transcript Order Form not forwarded to appellant - no hearings were held. Copy of NOA to be sent US Mail to parties not electronically noticed. (awc)

**2:08-cv-232 Notice has been electronically mailed to:**

If you have not consented to receive electronic notice, or if you are no longer an active participant in this case and you want electronic noticing to be turned off so that you will stop receiving filing notices, click here, then click on "Ask a Question."
**2:08-cv-232 Notice will not be electronically mailed to:**

Darrel Reece Hunter
PO Box 8712
Amarillo, TX 79114-8712

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1004035775 [Date=12/31/2009] [FileNumber=4650297-0] [289aa719d7377958443e21c15979f438369a3f3b17795dee05abb47920463f7e3b d9d1646ebaece20c3ba716f29902d6de27ef8a0daade4f52fad68acd1a4e1a]]