CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2010 FEB 11 PM 4:04

DEPUTY CLERK

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 10-10009

U. S. COURT OF APPEALS
FILED
FEB - 4 2010
CHARLES R. FULBRUGE III
CLERK

DARREL REECE HUNTER,

    Plaintiff - Appellant

v.

UNITED STATES SUPREME COURT; BARACK OBAMA; JOHN MCCAIN; DEMOCRATIC NATIONAL COMMITTEE; REPUBLICAN NATIONAL COMMITTEE; UNITED STATES CONGRESS, House; UNITED STATES CONGRESS, Senate; UNITED STATES ELECTORAL COLLEGE, All 50 U.S. States, District of Columbia; FEDERAL ELECTION COMMITTEE; GEORGE W. BUSH,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Amarillo
USDC No. 2:08-CV-232

Before GARZA, DeMOSS and CLEMENT, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment. In this civil rights action, the district court entered final judgment dismissing the complaint on January 16, 2009. The plaintiff's

10-10009

notice of appeal was filed on December 31, 2009, well past the time allowed. The time limitation for filing a notice of appeal in a civil case is jurisdictional. *Bowles v. Russell*, 551 U.S. 205, 212-13 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

    IT IS SO ORDERED.

A true copy
Attest:
Clerk, U.S. Court of Appeals
By: *Rhonda Parker*
Deputy
New Orleans, Louisiana