Case 2:08-cv-00232-J   Document 35   Filed 04/26/10   Page 1 of 1   PageID 430

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 10-10064

United States Court of Appeals
Fifth Circuit
**F I L E D**
April 19, 2010

Lyle W. Cayce III
Clerk

DARREL REECE HUNTER,

    Plaintiff - Appellant

v.

UNITED STATES SUPREME COURT; BARACK H. OBAMA; JOHN MCCAIN; DEMOCRATIC NATIONAL COMMITTEE; REPUBLICAN NATIONAL COMMITTEE; UNITED STATES CONGRESS, House; UNITED STATES CONGRESS, Senate; UNITED STATES ELECTORAL COLLEGE, (All 50 U.S. States), District of Columbia; FEDERAL ELECTION COMMISSION; GEORGE H. W. BUSH,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Amarillo

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of April 19, 2010, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

Clerk of the United States Court
of Appeals for the Fifth Circuit

By: *Madeline Chigoy*
Madeline K. Chigoy, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest       19 APR 2010
Clerk, U.S. Court of Appeals, Fifth Circuit
By: *M. Chigoy*
Deputy
New Orleans, Louisiana